## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| McFields et al., | ) | |
|          Plaintiffs, | ) | |
| v. | ) | Case No. 17 C 7424 |
| Cook County et al, | ) | Hon. John Robert Blakey |
|          Defendants. | ) | |

## AGREED JUDGMENT ORDER

This matter coming before the Court, all Plaintiffs having each accepted an offer of judgment, enters the following Order directing that the Clerk enter judgment as follows:

IT IS HEREBY ORDERED that judgment is entered, pursuant to the terms of each offer of judgment which is incorporated by reference, as follows:

1. In favor of plaintiff Pierre Brunt and against defendant Cook County in the amount of $5,000, inclusive of fees and costs;

2. In favor of plaintiff Anthony Dixon and against defendant Cook County in the amount of $5,000, inclusive of fees and costs;

3. In favor of plaintiff Walter Williams and against defendant Cook County in the amount of $5,000, inclusive of fees and costs;

4. In favor of plaintiff Courtney McFields and against defendant Cook

County in the amount of $4,000, inclusive of fees and costs;

Dated: March 5, 2020   Entered:

_____
John Robert Blakey
United States District Judge

2